IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **JESSE LYNN WILLIAMS** | Docket No. 1:22-MJ- 4-WCM <br><br> *UNDER SEAL* |

## ORDER SEALING CRIMINAL COMPLAINT, ACCOMPANYING AFFIDAVIT, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Criminal Complaint, Accompanying Affidavit, Arrest Warrant, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Criminal Complaint, Accompanying Affidavit, Arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

SO ORDERED this 13th day of January 2022.

Signed: January 13, 2022

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge