# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>JESSE LYNN WILLIAMS<br>*Defendant(s)* | )<br>)<br>) Case No. 1:22-MJ-4-WCM<br>)<br>)<br>)<br>) |

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 7, 2022 in the county of Buncombe in the Western District of North Carolina, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |
| 18 U.S.C. § 922(u) | Theft of Firearms from Premises of Federal Firearms Licensee In Licensee's Inventory |

This criminal complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

/S/ Jason Brown
*Complainant's signature*

Jason Brown, Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives
*Printed name and title*

Sworn in accordance with Rule 4.1.

Signed: January 13, 2022

Date: 01/13/2022

W. Carleton Metcalf
United States Magistrate Judge
W. Carleton Metcalf, United States Magistrate Judge
*Printed name and title*

City and state: Asheville, North Carolina

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA

# AFFIDAVIT FOR A CRIMINAL COMPLAINT

1. I, Jason Brown, Special Agent, United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, having been duly sworn according to law, deposes and states the following.

2. I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter "ATF") and have been so employed since December 2009, and have participated in numerous investigations involving firearms. I have received training, both formal and informal, in the investigation of firearms violations. Prior to my employment with ATF, I was employed as a police officer with the Charlotte Mecklenburg Police Department, Charlotte, North Carolina, for approximately 6 years. During that employment, I also investigated firearm offenses. As an ATF Special Agent, I am vested with the authority to investigate violations of Federal Alcohol, Tobacco, Firearms and Explosives Laws.

3. This Affidavit is submitted for the limited purpose of establishing probable cause that JESSE LYNN WILLIAMS (hereinafter "WILLIAMS") did steal firearms from Carolina Guns and Gear West, LLC., DBA: Carolina Guns and Gear, a federally licensed firearms dealer, located at 3106 Sweeten Creek

1

Road, Suite D, Asheville, North Carolina, on January 7, 2022, in violation of Title 18, United States Code, Section 922(u), in the Western District of North Carolina. Further, WILLIAMS having been previously convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess one or more firearms on or about January 10, 2022, that is, a Kel Tec, model CP33, .22 caliber pistol in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1), in the Western District of North Carolina.

4. The statements contained in this affidavit are based on information I have learned through my own investigation, experience, and background as an ATF agent and through that of other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a Criminal Complaint and Arrest Warrant, I have not included each and every fact known to me concerning this investigation.

## Facts Establishing Probable Cause

5. On January 7, 2022, at approximately 4:41AM, Carolina Guns and Gear West, LLC., DBA: Carolina Guns and Gear (hereinafter "CGG") was burglarized. CGG holds a federal firearms licensee ("FFL"). My investigation revealed that WILLIAMS made entry into the business and stole firearms and fled the scene. The business was closed during the

time of the breaking and entering. The City of Asheville Police Department (APD) personnel and ATF personnel responded to the scene to investigate. CGG employees reported that 33 firearms had been taken from the business. The stolen firearms are described as follows:

  a. CZ USA, 75 Compact, 9mm pistol, bearing serial number F319004.
  b. CZ USA, P10C, 9mm pistol bearing serial number F338991.
  c. RIA ARMSCOR INT'L, XTM 22, .22 caliber pistol bearing serial number XTM023335
  d. KEL TEC, CP 33, .22 caliber pistol bearing serial number MC119.
  e. Shadow Systems, XR 920, 9mm pistol bearing serial number SSX023607.
  f. Shadow Systems, XR 920, 9mm pistol bearing serial number SSC047902.
  g. Taurus Int'l, TX22, .22 caliber pistol bearing serial number 1PT433777.
  h. Beretta, APX RDO, 9mm pistol bearing serial number A040303X.
  i. Beretta, PX4 Storm, 9mm pistol bearing serial number PX406740.
  j. IWI LTD, Jericho, 9mm pistol bearing serial number J2007501.
  k. IWI LTD, Masada, 9mm pistol bearing serial number M1033190.
  l. IWI LTD, Masada, 9mm pistol bearing serial number M1022636.

m. Walther/Colt, 1911 A1, .22 caliber pistol bearing serial number WD068260.

n. Walther/Colt, 1911 A1, .22 caliber pistol bearing serial number WD068114.

o. Walther, Creed, 9mm pistol bearing serial number FCO9273.

p. Walther, PPQ M2, .22 caliber pistol bearing serial number PP044126.

q. Walther, PP 22, .22 caliber pistol bearing serial number WA358879.

r. Walther, PDP SS, 9mm pistol bearing serial number FDK2867.

s. Smith and Wesson, M&P 45, .45 caliber pistol bearing serial number NLJ0622.

t. Smith and Wesson, M&P 9, 9mm pistol bearing serial number NKP8140.

u. Smith and Wesson, M&P 22 Compact, .22 caliber pistol bearing serial number HJN8910.

v. Springfield Armory, XD 9 Defender, 9mm pistol bearing serial number BA641826.

w. Springfield Armory, XD-M Elite, 9mm pistol bearing serial number BA327874.

x. Springfield Armory, XD-M Elite, 9mm pistol bearing serial number BA349064.

y. Ruger, SR 22 P, .22 caliber pistol bearing serial number 369-28810.

z. Ruger, SR 22 P, .22 caliber pistol bearing serial number 369-10949.

aa. Canik, TP 9 Elite SC, 9mm pistol bearing serial number 21CB52026.

bb. Canik, TP 9 SF Elite, 9mm pistol bearing serial number 21BN15426.

cc. Canik, TP 9 Elite, 9mm pistol bearing serial number 21BN29227.

dd. Canik, METE SFX, 9mm pistol bearing serial number 21BY16602.

ee. Glock, 44, .22 caliber pistol bearing serial number AFMT309.

ff. CZ, 75B, 9mm pistol bearing serial number F187662.

gg. Taurus, G3, 9mm pistol bearing serial number ACC644041.

6. On January 10, 2022, investigators, through investigative means, identified WILLIAMS as a person of interest relating to the burglary of CGG. Law enforcement began surveillance of WILLIAMS who operated a Jeep Cherokee.

7. WILLIAMS was also a suspect in a breaking and entering at the Lowes Home Improvement store on McKenna Road in Arden, North Carolina. State arrest warrants for felony breaking and entering, felony larceny after

5

the act of breaking and entering, and misdemeanor damage to property were secured for WILLIAMS.

8. Law enforcement continued surveillance of WILLIAMS into the evening of January 10, 2022. One of the locations that WILLIAMS traveled to was a residence located at 204 Edgewood Road South in Buncombe County. ATF agents observed a 2003 Lexus ES300 at the residence. The Lexus fit the description of the vehicle used to pull the door off the front of CGG. The Jeep Cherokee operated by WILLIAMS eventually left the residence and surveillance of WILLIAMS by law enforcement continued.

9. Finally, at approximately, 11:50 PM, APD made direct contact with WILLIAMS who was driving the Jeep Cherokee. WILLIAMS had pulled into the parking lot of the Ingles Markets grocery store at 669 Haywood Road, Asheville, North Carolina. WILLIAMS was in the driver's seat and Alexa Bassillo (hereinafter "Bassillo") was in the front passenger's seat. Upon approach by officers, WILLIAMS spontaneously uttered that there were firearms in the vehicle. Bassillo was detained and she informed officers that she had a gun in her pocket. Officers conducted a pat down of Bassillo and located a loaded Diamondback Firearms 9mm caliber handgun in her inner left jacket pocket.

10. APD officers searched the Jeep Cherokee and located multiple firearms. Specifically, officers located a loaded Kel Tec, model CP33, .22 caliber pistol bearing serial number MC119 between the driver's seat and center console. The Kel Tec pistol had previously been reported stolen from CGG on January 7, 2022 (see paragraph 5 d. above). Officers located an FIE Corp. Titan .25 caliber pistol with one round in the chamber but without a magazine in the driver's door. Officers located a suspected suppressor ("silencer") in the front passenger area. Officers located what appeared to be a guitar case in the rear passenger floorboard that contained a Norinco 7.62x39 rifle with a loaded magazine and a loaded CZ 12 gauge shotgun. Officers also located assorted rounds of 12 gauge shotgun ammunition in the rear passenger area.
11. Additionally, officers located items typically used as burglar tools, including an angle grinder, chains, bolt cutters, winch, and walkie talkies in the rear cargo area of the Jeep Cherokee.
12. WILLIAMS and Bassillo were transported to APD headquarters for an interview. APD Detective/ATF Task Force Officer Steven Hendricks and ATF Special Agent Jason Brown interviewed WILLIAMS and Bassillo.
13. After waiving his Miranda rights, WILLIAMS admitted to breaking into CGG and taking firearms. WILLIAMS admitted to utilizing the Lexus

7

that was found on Edgewood South Road during the breaking and entering at CGG. WILLIAMS admitted to having a felony conviction.

### Criminal History of JESSE LYNN WILLIAMS

14. Prior to January 7, 2022, WILLIAMS received multiple felony convictions punishable by more than one year imprisonment, including but not limited to, Possession of Heroin and Breaking and Entering in Superior Court in Buncombe County, North Carolina.

### Pardon Query for Jesse WILLIAMS

15. I contacted Gianna Venero, Administrative Specialist, with the North Carolina Governors Clemency Office on January 11, 2022, to inquire into whether WILLIAMS had ever received a pardon for his North Carolina felony convictions from the Office of the Governor of North Carolina. After a review of the records maintained by the Governor's Clemency Officer, Ms. Venero advised that WILLIAMS has never received a pardon from the state of North Carolina.

### Interstate Nexus of Firearms

16. Special Agent Mark Gage, ATF Nexus Examiner, made the preliminary determination that at all the above listed firearms except the two Ruger, SR 22 P, .22 caliber pistols, were manufactured outside of the state of North Carolina.

Special Agent Gage advised that more research would be required to determine the manufacturing location of the Ruger, SR 22 P, .22 caliber pistols. Therefore, it was the opinion of Special Agent Gage that at least 31 of the 33 listed firearms must have traveled in, and thereby affected, interstate and/or foreign commerce.

## Conclusion

17. Wherefore, based on all of the information set forth in this Affidavit, your Affiant believes that probable cause exists that on or about, January 7, 2022, in the Western District of North Carolina, WILLIAMS, did knowingly steal and unlawfully take and carry away from the premises of a person who is licensed to engage in the business of dealing in firearms, to wit: Carolina Guns and Gear West, LLC., Asheville, North Carolina, multiple firearms in the licensee's business inventory at least 31 of which were shipped and transported in interstate foreign commerce. Further, WILLIAMS, having been previously convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Kel Tec, model CP33, .22 caliber pistol in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

***This affidavit has been reviewed by Assistant United States Attorney David A. Thorneloe***

Respectfully submitted, this the 12th day of January 2022.

/S/ Jason Brown
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 13th day of January, 2022, at 11:36 AM.

Signed: January 13, 2022

W. Carleton Metcalf
United States Magistrate Judge

10

Case 1:22-mj-00004-WCM   Document 3   Filed 01/13/22   Page 11 of 11