UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:22MJ4 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JESSE LYNN WILLIAMS ) | |
| ) | |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an order directing that the Complaint, Accompanying Affidavit, and Arrest Warrant in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Complaint, Accompanying Affidavit, and Arrest Warrant in the above-captioned case be unsealed.

Signed: January 18, 2022

W. Carleton Metcalf
United States Magistrate Judge